UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAYAN SHAFIEI,<br><br>                                    Petitioner,<br><br>v.<br><br>OTAY MESA DETENTION CENTER,<br><br>                                    Respondent. | Case No.:  3:26-cv-0789-CAB-BJW<br><br>**ORDER DISMISSING PETITION WITH LEAVE TO AMEND** |

On February 6, 2026, Petitioner Shayan Shafiei filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241.  [Doc. No. 1 ("Petition")].  Petitioner, who is proceeding pro se[1] and is currently detained by Immigration and Customs Enforcement ("ICE") at the Otay Mesa Detention Center in San Diego, California, contends ICE is unlawfully detaining him. [*Id*. at 6].  The Court **DISMISSES** the petition with leave to amend because Petitioner did not name the proper respondent.

When a habeas petitioner challenges his present physical confinement, he must name as respondent the warden of the facility where the prisoner is held.  *Doe v. Garland*, 109

---

[1] Petitioner may be interested in contacting Federal Defenders of San Diego to see if a Federal Defender can represent Petitioner in this matter.  The telephone number for Federal Defenders' San Diego Office is 619-234-8467 (Toll Free: 888-614-9867) and the El Centro Office is 760-335-3510 (Toll Free: 877-404-9063).

F.4th 1188, 1194–95 (9th Cir. 2024) (holding district court's exercise of jurisdiction erroneous where Doe failed to name his immediate custodian as respondent to his petition); 28 U.S.C. § 2242. Here, because Petitioner failed to name his immediate custodian—the warden or de facto warden of Otay Mesa Detention Center—as respondent, the Court lacks jurisdiction over the Petition. Accordingly, the Petition is **DISMISSED** with leave to amend.

If Petitioner wishes to proceed with this case, he must file a First Amended Petition within thirty (30) days of the date of this Order. The First Amended Petition shall name as the Respondent the person having immediate custody over Petitioner, namely the warden or de facto warden of the facility where he is detained. Moreover, Plaintiff's First Amended Petition must be complete in itself without reference to his original petition. Defendants not named and any claim not re-alleged in the First Amended Petition will be considered waived. *See* S.D. Cal. CivLR 15.1(a).

It is **SO ORDERED**.

Dated: February 13, 2026

_____
Hon. Cathy Ann Bencivengo
United States District Judge