UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SHAYAN SHAFIEI,

Petitioner,

v.

OTAY MESA DETENTION CENTER,

Respondent.

Case No.:  3:26-cv-0789-CAB-BJW

**ORDER CLOSING CASE**

On February 6, 2026, Petitioner Shayan Shafiei filed a petition for a writ of habeas corpus pursuant to 8 U.S.C. § 2241.  [Doc. No. 1 ("Petition")].  On February 13, 2026, the Court dismissed the Petition because it did not name the proper respondent.  [Doc. No. 2.] The Court granted leave to amend within thirty (30) days.  [*Id.*]  This time has passed and the docket reflects no such amended petition.  The Clerk of the Court shall therefore close the case.

It is **SO ORDERED**.

Dated:  March 20, 2026

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1

3:26-cv-0789-CAB-BJW